No. 86–1044. VREEKEN ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 86–1046. SANTACROCE, SHERIFF OF NASSAU COUNTY, ET AL. *v.* BADGLEY ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–1067. ATISHA *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–5510. FELDMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–5723. MOORE *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 86–5736. BURKE *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 86–5825. FRANCIS *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–5871. CURAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 86–5877. JACKSON *v.* GAUGHAN ET AL. C. A. 1st Cir. Certiorari denied.

No. 86–5879. BUZZELL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–5895. SERRANO-TELLEZ *v.* YOUNG, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–5904. MUZA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 86–5918. VALEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 86–5921. RUTA *v.* MASSACHUSETTS. App. Ct. Mass. Certiorari denied.